No. 373. INDEPENDENT TAXI OWNERS ASSN., INC. *v.* CALLAS. October 16, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Alfred D. Smith* for petitioner. *Mr. John U. Gardiner* for respondent.

No. 375. CROMPTON & KNOWLES LOOM WORKS *v.* WHITE, COLLECTOR. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frederick S. Winston* for petitioner. *Solicitor General Biggs, Mr. J. Louis Monarch,* and *Miss Helen R. Carloss* for respondent.

No. 376. KARL *v.* NEW YORK CENTRAL R. Co. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Seymour J. Frank* for petitioner. *Mr. John J. Danhof* for respondent.

No. 377. AMERICAN TOBACCO Co. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James L. Gerry* and *Marvin Farrington* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 378. P. LORILLARD & Co. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James L. Gerry* and *Marvin Farrington* for petitioner. *Solicitor General Biggs* and